# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                        MAGISTRATE JUDGE'S DOCKET
                                  NO. 2004M0555-RBC

JORDAN McCARROLL,
        Defendant.

## *ORDER PURSUANT TO RULE 5.1, FED.R.CRIM. P.*

COLLINGS, U.S.M.J.

    The defendant appeared with counsel on December 22, 2004. The Assistant U.S. Attorney did not appear.

    On December 22, 2004, after being fully informed of his rights, the defendant waived his right to a preliminary examination pursuant to Rule 5.1, Fed.R. Crim. P.

    Accordingly, pursuant to Rule 5.1(a), Fed.R. Crim. P., it is ORDERED that the defendant be, and he hereby is, held to answer in the District Court.

Pursuant to Rule 5.1(c), Fed.R. Crim. P., all papers in the above-styled case are TRANSMITTED herewith to the District Court.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date:  December 22, 2004.